IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and BOBBY HARDWICK, WALTER BERRY, RAYMOND J. MITCHELL, FAY BARKLEY, ARLEN BANKS, YVONNE HICKS, and BRUCE CARRIER, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No: 07-14845<br><br>District Judge Paul D. Borman<br><br>Magistrate Judge Steven D. Pepe |

## ORDER

Having reviewed and considered Participant-Plaintiffs' Motion for Designation of Interim Class Counsel and Brief in Support, the Court HEREBY ORDERS that the law firm of Stember Feinstein Doyle & Payne, LLC, is designated Interim Class Counsel pursuant to Fed.R.Civ.P. 23(g)(2)(A).

So Ordered,

Date: 11/28/07

_____
Judge Paul D. Borman

cc: All parties of record.