**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA; and BOBBY HARDWICK, WALTER
BERRY, RAYMOND J. MITCHELL, FAY
BARKLEY, ARLEN BANKS, YVONNE HICKS,
and BRUCE CARRIER on behalf of themselves
and all other persons similarly situated,

      Plaintiffs,

v.                                                    Case No. 07-CV-14845

FORD MOTOR COMPANY,              CLASS ACTION

      Defendant.
                                       /

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

On May 29, 2008, Plaintiff Class Representatives filed a motion for attorney fees. On July 7, 2008, the court issued an "Order Confirming Entitlement to Attorney Fees," in which it preliminarily approved an award of attorney fees in this matter. The court also held that "[g]iven the size and complexity of the case, counsel's estimated award of approximately $244,214 in attorneys' fees, $121,504 for expert costs, and $4,250 in other costs would be reasonable and proper." (7/7/08 Order at 1.) The court issued its final judgment in this matter on August 29, 2008. Thereafter, Plaintiff Class Representatives' timely filed its "Supplemental Brief In Support Of their Motion For Attorneys Fees And Expenses."

The court has reviewed the brief and the supporting affidavits and finds that Class Counsel's May 29, 2008 motion for attorney fees should be granted in the amount

now requested, which is actually less than the amount originally approved by the court. The court finds that attorney fees were reasonably expended, adequately supported and, given the complexity of the case, performed at reasonable hourly rates. Accordingly,

    IT IS ORDERED that Class Counsel's May 29, 2008 motion for attorney fees [Dkt. # 33] is GRANTED and Class Counsel are awarded $188,034.25 as reasonable attorneys fees through August 29, 2008 and are also awarded $124,868.87 in costs through August 29, 2008 (for a total of $312,903.12). This court also retains jurisdiction over any additional fee petitions to be filed in connection with the court proceedings to obtain the judgment and any appeals therefrom.

    s/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DISTRICT JUDGE

Dated: October 2, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 2, 2008, by electronic and/or ordinary mail.

    s/Lisa Wagner  
    Case Manager and Deputy Clerk  
    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-14845.UAW.Ford.FinalAttyFee.wpd

2