# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA; and BOBBY HARDWICK, WALTER
BERRY, RAYMOND J. MITCHELL, FAY
BARKLEY, ARLEN BANKS, YVONNE HICKS,
and BRUCE CARRIER on behalf of themselves
and all other persons similarly situated,

        Plaintiffs,

v.                                  Case No. 07-CV-14845

FORD MOTOR COMPANY,           CLASS ACTION

        Defendant.

_____/

## ORDER DENYING MOTION TO INTERVENE

Before the court is a motion to intervene filed on September 5, 2008 by Wendy

Koch, Jonathon Lee Riches and Cory Lancaster ("Movants"). The motion is not

supported by a brief as is required by the local rules, E.D. Mich. LR 7.1(c)(1), nor is it

clear that a copy was served on all the parties in this matter. In addition to these

deficiencies, the motion is without substantive merit. Movants seek to intervene in a

case that was closed on August 29, 2008, six days before the motion to intervene was

filed. Put simply, there is nothing left on which to intervene. To the extent Movants

seek to intervene in order to move for reconsideration of the court's August 29, 2008

"Findings of Fact and Conclusions of Law," Movants have failed to "demonstrate a

palpable defect by which the court and the parties have been misled" the correction of

which "will result in a different disposition of the case." E.D. Mich. LR 7.1(g)(3).   For all

these reasons,

     IT IS ORDERED that the motion to intervene [Dkt. # ] is DENIED.


               S/Robert H. Cleland
               ROBERT H. CLELAND
               UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, November 18, 2008, by electronic and/or ordinary mail.


               S/Lisa Wagner
               Case Manager and Deputy Clerk
               (313) 234-5522