UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA; and BOBBY HARDWICK, WALTER
BERRY, RAYMOND J. MITCHELL, FAY
BARKLEY, ARLEN BANKS, YVONNE HICKS,
and BRUCE CARRIER on behalf of themselves
and all other persons similarly situated,

      Plaintiffs,

v.                                                                                                  Case No. 07-CV-14845

FORD MOTOR COMPANY,                                                      CLASS ACTION

      Defendant.

_____/

## ORDER GRANTING SECOND MOTION FOR ATTORNEYS' FEES

Having considered the September 9, 2009 motion for an award of attorneys' fees and costs, and notice of that motion having been directed through the Class Notice to the class members in a reasonable manner, the court finds:

1. Class Counsel are entitled to additional fees and nontaxable costs pursuant to ERISA.

2. As this court already found in the orders at Docket ## 47 and 52, the hourly rates they seek are reasonable - $475/hour for William T. Payne and other senior partners at Stember Feinstein Doyle & Payne ("SFDP"), LLC; $425/hour for junior SFDP partners, Pamina Ewing and Stephen M. Pincus; $390/hour for SFDP senior associate Jonathan K. Cohn; $370/hour for SFDP senior associate Joel R. Hurt; $230/hour for

first-year attorney Rachel Kassner Davis; and $125/hour for SFDP law clerks and paralegals.

3. Given the size and complexity of the case, an award to Class Counsel of additional attorneys' fees of $130,275, and additional costs of $36,500, in connection with the work performed after the date of judgment (August 29, 2008) through the date of amended judgment, is a reasonable award.

4. Further proceedings concerning fees and costs may be held if counsel supplement their motion within 14 days of this order.

Based upon the foregoing, IT IS ORDERED that the second motion for attorneys' fees [Dkt. # 68] is GRANTED.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: November 17, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2009, by electronic and/or ordinary mail.

                                                 s/Lisa G. Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522