UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA; and BOBBY HARDWICK, WALTER
BERRY, RAYMOND J. MITCHELL, FAY
BARKLEY, ARLEN BANKS, YVONNE HICKS,
and BRUCE CARRIER on behalf of themselves
and all other persons similarly situated,

      Plaintiffs,

v.                                                                                  Case No. 07-CV-14845

FORD MOTOR COMPANY,                                          CLASS ACTION

      Defendant.
                                                 /

**ORDER AMENDING NOVEMBER 17, 2009 ORDER**

On November 17, 2009, the court issued an order granting Class Representatives' second motion for attorneys' fees and expenses and awarding additional attorneys' fees of $130,275, and additional costs of $36,500. This award reflects fees and costs incurred in connection with work performed after the date of judgment and since the last award entered on October 2, 2008. The court also ordered that "[f]urther proceedings concerning fees and costs may be held if counsel supplement their motion within 14 days of this order." (11/17/09 Order at 2.) Consistent with this instruction, Class Representatives filed a supplemental brief, docketed as a "Petition," on November 23, 2009. In their brief, Class Representatives indicate that, after a final accounting, the attorney fee award should be reduced to accurately reflect

the amount of fees and costs incurred.  The court has reviewed the supplemental brief, and agrees that the November 17, 2009 Order should be amended to reflect a reduction in fees.  Accordingly,

IT IS ORDERED that the court's November 17, 2009, "Order Granting Second Motion for Attorneys' Fees" [Dkt. # 72] is AMENDED as follows:

Class Counsel are hereby AWARDED $125,907.50 as reasonable attorneys' fees through November 23, 2009, and are also AWARDED $35,974.38 in costs through November 23, 2009 (for a total of $161,881.88).  This court also retains jurisdiction over any additional fee petitions to be filed in connection with the court proceedings to obtain the judgment and any appeals therefrom.  All other provisions of the November 17, 2009 Order remain in effect.

s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 3, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-14845.UAW-FORD.AmendAttyFeeOrder.wpd